| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00914-EJD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, December 5, 2011 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, April 23, 2012 at 1:30 p.m. is hereby set.

It is so stipulated:

Dated: _____         _____/s/_____
                                                                                  JOHN N. GLANG
                                                                                  Assistant United States Attorney

It is so stipulated:

Dated: _____                    _____/s/_____
                                          JERRY Y. FONG
                                          Attorney for Juan Alberto Torres


[PROPOSED] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, December 5, 2011 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, April 23, 2012 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: November 30, 2011                  _____
                                          EDWARD J. DAVILA
                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00914-EJD                           2