JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant Juan Alberto Torres

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN ALBERTO TORRES,<br><br>    Defendant. | CASE NO.   CR 09-00914 EJD<br><br>STIPULATION OF PARTIES FOR ORDER CONTINUING SENTENCING HEARING & [PROPOSED] ORDER. |

The United States of America and Defendant Juan Albert Torres, through their respective counsel, hereby stipulate to jointly request that the sentencing hearing currently scheduled on April 23, 2012, at 1:30 p.m., before the Honorable Edward J. Davila, Judge of the United States District Court for the Northern District of California, be continued to May 21, 2012, at 1:30 p.m. before Judge Davila.  This request is made because, recently, Mr. Torres suffered a heart attack and he is still recovering.  His health prevents him from participating in his sentencing in a meaningful manner.  The parties have also checked with Probation Officer Ben Flores, who advised the parties that he is available on May 21, 2012, at 1:30 p.m.

DATED: April 19, 2012  Respectfully submitted,

/S/
JERRY Y. FONG, Attorney for
Defendant JUAN TORRES

DATED: April 19, 2012  Respectfully submitted,

/S/
JOHN GLANG, AUSA, for
Plaintiff UNITED STATES OF AMERICA

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, the sentencing hearing shall be continued from April 23, 2010, to May 21, 2012, at 1:30 p.m., before Judge Edward Davila. It is so ordered.

DATED: April 19, 2012

_[signature]_
JUDGE OF THE UNITED
STATES DISTRICT COURT