1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant Juan Alberto Torres

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   CR 09-00914  EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION OF PARTIES FOR ORDER CONTINUING SENTENCING HEARING & [~~PROPOSED~~] ORDER. |
| vs. | ) | |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

The United States of America and Defendant Juan Albert Torres, through their respective counsel, hereby stipulate to jointly request that the sentencing hearing currently scheduled on May 21, 2012, at 1:30 p.m., before the Honorable Edward J. Davila, Judge of the United States District Court for the Northern District of California, be continued to June 25, 2012, at 1:30 p.m. before Judge Davila. This request is made because Mr. Torres is still suffering from complications resulting from a recent heart attack, including experiencing fainting spells. His cardiologist is still trying different treatments (including changing his medication) to stabilize his condition. He advised the Court earlier about this health problem, and the heart attack continues to prevent him from participating fully in his sentencing in a meaningful manner. The requested continuance will permit him to meet and work with his counsel to address the various sentencing issues.

1 DATED: May 16, 2012 Respectfully submitted,

3          /S/
  JERRY Y. FONG, Attorney for
4 Defendant JUAN TORRES

7 DATED: May 16, 2012 Respectfully submitted,

10          /S/
   JOHN GLANG, AUSA, for
11 Plaintiff UNITED STATES OF AMERICA

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, the sentencing hearing shall be continued from May 21, 2010, to June 25, 2012, at 1:30 p.m., before Judge Edward Davila. It is so ordered.

DATED: May 17, 2012

JUDGE OF THE UNITED
STATES DISTRICT COURT