| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5084 |
| 7 | Fax: (408) 535-5066<br>E-Mail: John.Glang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00914-EJD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, December 10, 2012 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, January 28, 2013 at 1:30 p.m. is hereby set.

It is so stipulated:

Dated: ___12/4/2012_____                 _____/s/_____
                                           JOHN N. GLANG
                                           Assistant United States Attorney

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00914-EJD**

It is so stipulated:

Dated: ___12/4/2012_____                    _____/s/_____
                                              JERRY Y. FONG
                                              Attorney for Juan Alberto Torres


# [PROPOSED] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, December 10, 2012 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, January 28, 2013 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: __12/6/2012_____                      _____
                                              EDWARD J. DAVILA
                                              United States District Judge