MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00914-EJD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING |
| JUAN ALBERTO TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, March 18, 2013, at 1:30 p.m., be continued and a new sentencing hearing date of Monday, April 8, 2013 at 1:30 p.m. is hereby set.

It is so stipulated:

Dated: March 13, 2013                             /s/
                                                                 JOHN N. GLANG
                                                                 Assistant United States Attorney

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00914-EJD**

It is so stipulated:

Dated: March 13, 2013

                                                  /s/
                                        JERRY Y. FONG
                                        Attorney for Juan Alberto Torres

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, March 18, 2013 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, April 8, 2013 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: 3/14/2013

                                        EDWARD J. DAVILA
                                        United States District Judge