| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00914-EJD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| JUAN ALBERTO TORRES, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, April 8, 2013, at 1:30 p.m., be continued and a new sentencing hearing date of Monday, May 6, 2013 at 1:30 p.m. is hereby set.

It is so stipulated:

Dated: _____ _____/s/_____
JOHN N. GLANG
Assistant United States Attorney

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00914-EJD**

It is so stipulated:

Dated: _____                    _____/s/_____
                                          JERRY Y. FONG
                                          Attorney for Juan Alberto Torres

### [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, April 8, 2013 at 1:30 p.m., be continued and a new sentencing hearing date of Monday, May 6, 2013 at 1:30 p.m. is hereby set.

It is so ORDERED:

Dated: __4/4/2013__                      _____
                                          EDWARD J. DAVILA
                                          United States District Judge